United States District Court
Southern District of Texas
**ENTERED**
November 04, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MJ ACTION NO. 2:21-MJ-01322-001 |
| | § | |
| SEAN BOURQUE | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard. The defendant was on bond at the time of the instant offense, albeit for misdemeanor offenses. The most basic condition of any court ordered supervision is that the person should not commit new law violations. Because the evidence in the instant case meets the probable cause standard, the defendant has shown he is either unable or unwilling to comply with court ordered supervision. Additionally, the defendant has a significant criminal history and instances of non-compliance. Further, the defendant's personal history has not been verified. Nevertheless, the U.S. Probation Department has recommended bond for the reasons set forth in the Pretrial Report. The undersigned finds pretrial detention is appropriate for the reasons set forth herein and on the record. However, counsel for defendant may file a motion to re-open the detention hearing after the defendant's personal

information is verified, provided the defendant can present a suitable release plan.

The findings and conclusions contained in the Pretrial Services Report are adopted.

    The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED on November 4, 2021.

                                            Jason B. Libby
                                    United States Magistrate Judge